D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Marisa Rodriguez
Nevada Bar No. 13234
*mrodriguez@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*Motor Coach Industries, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVA N. MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC., a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-02103-JCM-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br>**(First Request)** |

Pursuant to Local Civil Rule 6-1(a), Defendant MOTOR COACH INDUSTRIES, INC., ("MCI") and Plaintiff MELVA N. MILLER ("Plaintiff") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint against MCI on July 27, 2017, in the Eighth Judicial District Court for Clark County, Nevada;

WHEREAS, MCI waived formal service of the Complaint and counsel filed an Acceptance of Service of the Complaint in state court on August 3, 2017;

1

WHEREAS, MCI filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 in the United States District Court for the District Court of Nevada on August 4, 2017;

WHEREAS, MCI currently has until August 24, 2017, to respond to the Complaint;

WHEREAS, MCI has requested and Plaintiff has consented to an additional seven (7) days for MCI to file an Answer to the Complaint;

WHEREAS, an additional seven (7) days for MCI to file an Answer to the Complaint will not alter the date of any event or deadline already fixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that MCI shall Answer Plaintiff's Complaint by Thursday, August 31, 2017.

Dated August 24th, 2017.

/s/ Matthew G. Holland
Robert W. Cottle, Esq.
Matthew G. Holland, Esq.
The Cottle Firm
8635 South Eastern Avenue
Las Vegas, NV 89123

*Attorneys for Plaintiff*
*Melva N. Miller*

Dated August 24th, 2017.

/s/ D. Lee Roberts, Jr.
D. Lee Roberts, Jr., Esq.
Marisa Rodriguez, Esq.
Weinberg, Wheeler, Hudgins,
  Gunn & Dial, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant*
*Motor Coach Industries, Inc.*

IT IS SO ORDERED:

CARL W. HOFFMAN
United States Magistrate Judge

DATED: August 28, 2017