# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELVA N. MILLER,           )

        Plaintiff,     )     Case No. 2:17-cv-02103-JCM-CWH

vs.                )     **ORDER**

MOTOR COACH INDUSTRIES, INC., et al.,   )

        Defendants.    )

_____ )

Presently before the court is the parties' proposed discovery plan and scheduling order (ECF No. 17), filed on September 1, 2017.

The parties request one year for discovery rather than the standard 180-day discovery plan, but the parties do not explain why longer deadlines should apply in this case. *See* LR 26-1(a) (stating that "[p]lans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case"). The court therefore is unable to evaluate whether special scheduling review is appropriate in this case. Additionally, the proposed discovery plan does not comply with Local Rule 26-1(b)(7)-(9). The court therefore denies the proposed discovery plan without prejudice for the parties to meet and confer and file a revised proposed discovery plan and scheduling order by September 25, 2017.

IT IS SO ORDERED.

DATED: September 11, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**