# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVA N. MILLER, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02103-JCM-CWH |
| vs. | ) **ORDER** |
| MOTOR COACH INDUSTRIES, INC., et al., | ) |
| Defendants. | ) |

Presently before the court is the parties' amended discovery plan and scheduling order (ECF No. 21), filed on September 18, 2017.

The court required the parties to meet and confer and file an amended discovery plan and scheduling order because the parties did not include a statement of reasons why special scheduling review was appropriate. (Order (ECF No. 20).) Additionally, the parties' discovery plan did not comply with Local Rule 26-1(b)(7)-(9). (*Id.*) The parties' amended discovery plan and scheduling order does not comply with Local Rule 26-1(b)(7)-(9). The court therefore denies the amended discovery plan and scheduling order without prejudice for the parties to meet and confer and file a second amended proposed discovery plan and scheduling order by October 4, 2017.

IT IS SO ORDERED.

DATED: September 20, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**