**LEWIS BRISBOIS BISGAARD & SMITH LLP**
NAUSHEEN K. PETERS, SB# 12984
E-Mail: Nausheen.Peters@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVA N. MILLER, an individual, | CASE NO. 2:17-CV-02103-JCM-CWH |
| Plaintiff, | **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY JASON G. REVZIN** |
| vs. | |
| GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC., a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | Trial Date: None Set |
| Defendant. | |

Defendant, GREYHOUND LINES, INC by and through its counsel of record, hereby requests leave of the Court to remove Jason G. Revzin as counsel of record from the above captioned case, the Court's docket, and all electronic service lists. Jason G. Revzin, Esq. is no longer working on this case, and his withdrawal will not cause any delay in the action.

/ / /

/ / /

/ / /

/ / /

/ / /

4814-4370-4920.1

Nausheen K. Peters will become lead counsel of record for Defendant GREYHOUND LINES, INC.

DATED this 18th day of December, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Nausheen K. Peters
NAUSHEEN K. PETERS
Nevada Bar No. 12984
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
GREYHOUND LINES, INC.

IT IS SO ORDERED.

DATED: December 19, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith, and that on this 18th day of December, 2017, I did cause a true copy of **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY JASON G. REVZIN** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

| | |
|---|---|
| ROBERT W. COTTLE, ESQ.<br>MATTHEW G. HOLLAND, ESQ.<br>**THE COTTLE FIRM**<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123<br>rcottle@cottlefirm.com<br>mholland@cottlefirm.com<br>Telephone: (702)722-6111<br>Facsimile: (702) 834-8555<br>*Attorneys for Plaintiff* | D. LEE ROBERTS, JR., ESQ.<br>MARISA RODRIGUEZ, ESQ.<br>**WEINBERG, WHEELER, HUDGINS,**<br>**GUNN & DAIL, LLC**<br>6385 S. Rainbow Blvd., #400<br>Las Vegas, Nevada 89118<br>lroberts@wwhgd.com<br>mrodriguez@wwhdg.com<br>Telephone: (702) 938-3838<br>Facsimile: (702) 938-3864<br>*Attorneys for Defendant*<br>MOTOR COACH INDUSTRIES, INC. |

DARRELL BARGER, ESQ.
MICHAEL G. TERRY, ESQ.
JOHN C. DACUS, ESQ.
**HARTLINE DACUS BARGE DREYER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
jdacus@hdbdlaw.com
mterry@hdbdlaw.com
dbarger@hddblaw.com
Telephone: (214) 369-2100
Facsimile: (214) 369-2118
Attorneys for Defendant
MOTOR COACH INDUSTRIES, INC.

By /s/ *Pamela January*
Pamela January, an Employee of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

4814-4370-4920.1

3