**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK, SB# 006946
E-Mail: Marc.Cwik@lewisbrisbois,com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVA N. MILLER, an individual, | CASE NO. 2:17-CV-02103-JCM-CWH |
| Plaintiff, | **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY NAUSHEEN K. PETERS** |
| vs. | |
| GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC., a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | Trial Date:    None Set |
| Defendant. | |

Defendant, GREYHOUND LINES, INC by and through its counsel of record, hereby requests leave of the Court to remove Nausheen K. Peters, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith LLP as counsel of record from the above captioned case, the Court's docket, and all electronic service lists. Nausheen K. Peters, Esq. is no longer working on this case, and her withdrawal will not cause any delay in the action.

/ / /

/ / /

/ / /

/ / /

/ / /

4852-8839-9992.1

Marc S. Cwik of the law firm of Lewis Brisbois Bisgaard & Smith LLP will become lead counsel of record for Defendant GREYHOUND LINES, INC.

DATED this 10th day of October, 2018.

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Marc S. Cwik
      MARC S. CWIK
      Nevada Bar No. 006946
      6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
      Tel. 702.893.3383
      Attorneys for Defendant
      GREYHOUND LINES, INC.

IT IS SO ORDERED.

DATED:  Oct 11, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

4852-8839-9992.1

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith, and that on this 10th day of October, 2018, I did cause a true copy of **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY NAUSHEEN K. PETERS** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

| | |
|---|---|
| ROBERT W. COTTLE, ESQ.<br>MATTHEW G. HOLLAND, ESQ.<br>**THE COTTLE FIRM**<br>8635 South Eastern Avenue<br>Las Vegas, Nevada 89123<br>rcottle@cottlefirm.com<br>mholland@cottlefirm.com<br>Telephone: (702)722-6111<br>Facsimile: (702) 834-8555<br>*Attorneys for Plaintiff* | D. LEE ROBERTS, JR., ESQ.<br>MARISA RODRIGUEZ, ESQ.<br>**WEINBERG, WHEELER, HUDGINS, GUNN & DAIL, LLC**<br>6385 S. Rainbow Blvd., #400<br>Las Vegas, Nevada 89118<br>lroberts@wwhgd.com<br>mrodriguez@wwhdg.com<br>Telephone: (702) 938-3838<br>Facsimile: (702) 938-3864<br>*Attorneys for Defendant*<br>MOTOR COACH INDUSTRIES, INC. |

DARRELL BARGER, ESQ.
MICHAEL G. TERRY, ESQ.
JOHN C. DACUS, ESQ.
**HARTLINE DACUS BARGE DREYER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
jdacus@hdbdlaw.com
mterry@hdbdlaw.com
dbarger@hddblaw.com
Telephone: (214) 369-2100
Facsimile: (214) 369-2118
Attorneys for Defendant
MOTOR COACH INDUSTRIES, INC.

By  /s/ Sue Awe
    Sue Awe, an Employee of
    LEWIS BRISBOIS BISGAARD & SMITH LLP