ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW G. HOLLAND, ESQ.
Nevada Bar No. 10370
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
mholland@cottlefirm.com
Telephone: (702)722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| MELVA N. MILLER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC. a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02103-JCM-CWH |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANT MOTOR COACH INDUSTRIES, INC.'S MOTON TO SET THE RULE 35 PSYCHIATRIC EXAMINATION OF PLAINTIFF AND MOTION FOR SANCTIONS FOR PLAINTIFF'S UNTIMELY CANCELLATION OF A RULE 35 MENTAL EXAMINATION (FIRST REQUEST)**

COMES NOW Plaintiff, Melva N. Miller, by and through her counsel of record, Robert W. Cottle, Esq. and Matthew G. Holland, Esq. of The Cottle Firm, and Defendant, Motor Coach Industries, Inc. by and through its counsel of Record, D. Lee Roberts, Esq. of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and hereby file this stipulation to extend time for Plaintiff to respond to Defendant Motor Coach Industries, Inc.'s Motion to Set The Rule 35 Psychiatric Examination of Plaintiff, filed on October 9, 2018 and Motion for Sanctions for Plaintiff's Untimely Cancellation of a Rule 35 Mental Examination, filed on October 12, 2018. Pursuant to previous

Orders of this Court, the deadline to file the responses are October 23, 2018 and October 26, 2018, respectively.

Plaintiff and Defendant Motor Coach Industries, Inc. stipulate to extend the deadline for Plaintiff's response to the Motion to Set the Rule 35 Psychiatric Examination of Plaintiff to November 6, 2018 to alleviate the time constraints created by prior professional commitments. Plaintiff and Defendant Motor Coach Industries, Inc. further stipulate to extend the deadline for Plaintiff's response to the Motion for Sanctions for Plaintiff's Untimely Cancellation of a Rule 35 Mental Examination to November 9, 2018 to further discuss issues that might alleviate the need for the motion. This is the first stipulation for an extension of time for these deadlines. It is sought in good faith and not for the purposes of unnecessary delay.

DATED this _____ day of October, 2018.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Ryan Gormley*
D. LEE ROBERTS, JR., ESQ.
Nevada Bar No. 8877
lroberts@wwhgd.com
MARISA RODRIGUEZ, ESQ.
Nevada Bar No. 13234
mrodriguez@wwhgd.com
RYAN GORMLEY, ESQ.
Nevada Bar No. 13494
rgormley@wwhgd.com
6385 S. Rainbow Blvd., #400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant*
*MOTOR COACH INDUSTRIES, INC.*

**THE COTTLE FIRM**

*/s/ Matthew G. Holland*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW G. HOLLAND, ESQ.
Nevada Bar No. 10370
mholland@cottlefirm.com
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Telephone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff Melva N. Miller*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2018