# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MELVA N. MILLER,

    Plaintiff,

v.

GREYHOUND LINES, INC., et al.,

    Defendants.

Case No. 2:17-cv-02103-JCM-CWH

**ORDER**

Presently before the court is defendant Motor Coach Industries, Inc.'s Motion to Seal an Exhibit to ECF No. 64 (ECF No. 65), filed on January 7, 2019. Defendants Greyhound Lines Inc. and Brandon Williams filed a response (ECF No. 70) on January 22, 2019. Motor Coach filed a reply (ECF No. 72) on January 29, 2019.

Motor Coach moves to seal exhibit one to its pending motion for determination of good faith settlement (ECF No. 64). The exhibit is a settlement agreement between plaintiff Melva N. Miller and Motor Coach and is currently filed in the court's docket under seal. (Sealed exhibit (ECF No. 66).) Motor Coach argues the exhibit should be sealed to preserve the confidential settlement amount. Greyhound responds that it does not oppose the sealing of the exhibit, but it does not view the settlement's terms besides the settlement amount as being confidential. On reply, Motor Coach requests that the court's order on its motion for determination of good faith settlement be filed under seal, to the extent necessary.

Having read and considered the parties' briefs, and for the reasons stated in Motor Coach's motion, the court finds there is good cause for exhibit one to the motion for determination of good faith settlement to remain under seal. The court does not express an opinion on Motor Coach's request for the court's forthcoming order on the pending motion for

determination of good faith settlement to be filed under seal, as that motion is pending before the United States district judge assigned to this case.

IT IS THEREFORE ORDERED that defendant Motor Coach Industries, Inc.'s Motion to Seal an Exhibit to ECF No. 64 (ECF No. 65) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court must maintain the exhibit (ECF No. 66) under seal.

DATED: April 5, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE