ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW G. HOLLAND, ESQ.
Nevada Bar No. 10370
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
mholland@cottlefirm.com
Telephone: (702)722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * * * *

| | |
|---|---|
| MELVA N. MILLER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC. a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02103-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT GREYHOUND LINES, INC. AND BRANDON WILLIAMS' MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

Plaintiff MELVA N. MILLER ("Plaintiff"), by and through her attorneys, The Cottle Firm, Defendants GREYHOUND LINES, INC. ("Greyhound") and BRANDON WILLIAMS (collectively the "Greyhound Defendants"), by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby agree and stipulate to extend the time allowed for Plaintiff to respond to Defendant Greyhound Lines, Inc., and Brandon Williams' Motion for Summary Judgment (ECF No. 109) for one week, or until January 10, 2020.

This is the second request to extend the time for Plaintiff to file this responsive pleading. This Stipulation is made for good cause and not for the purposes of delay.

…

…

Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 30th day of December, 2019.   DATED this 30th day of December, 2019.

**THE COTTLE FIRM**                       **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

  /s/ Matthew G. Holland                     /s/ James E. Murphy
ROBERT W. COTTLE, ESQ.                    JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 4576                       Nevada Bar No. 7254
MATTHEW G. HOLLAND, ESQ.                  JAMES E. MURPHY, ESQ.
Nevada Bar No. 10370                      Nevada Bar No. 8586
*Attorneys for Plaintiff*                 *Attorneys for Defendants Greyhound Lines, Inc., and Brandon Williams*

**ORDER**

IT IS SO ORDERED.

DATED December 30, 2019.

_____
UNITED STATES DISTRICT JUDGE