JOSH COLE AICKLEN
Nevada Bar No. 7254
E-Mail: Josh.Aicklen@lewisbrisbois.com
JAMES E. MURPHY
Nevada Bar No. 8586
E-Mail: James.Murphy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702.693.4374
Facsimile: 702.893.3789
Attorneys for Defendants,
GREYHOUND LINES, INC. and
BRANDON WILLIAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVA N. MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC., a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | CASE NO. 2:17-CV-02103-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S LIMITED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MELVA MILLER ("Plaintiff") and Defendants GREYHOUND LINES, INC. and BRANDON WILLIAMS ("Defendants"), by and through their respective counsel of record Robert Cottle, Esq. and Matthew Holland, Esq. of THE COTTLE FIRM, and James E. Murphy, Esq. and Stephanie A. Garabedian, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

Due to the closing of the law firms in light of the COVID-19 virus by order of the Governor of Nevada, the deadline for Defendants to file their Reply to Plaintiff's Limited Opposition to Defendants' Motion for Summary Judgment is extended from March 27, 2020 to May 11, 2020.

4835-1571-0392.1

DATED this __25th__ day of March, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ James E. Murphy, Esq.
   James E. Murphy, Esq.
   Stephanie A. Garabedian, Esq.
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   Attorneys for Defendant

DATED this __25th__ day of March, 2020.

THE COTTLE FIRM

By /s/ Robert Cottle, Esq.
   Robert Cottle, Esq.
   Matthew Holland, Esq.
   8635 South Eastern Avenue
   Las Vegas, Nevada 89123
   Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Reply to Plaintiff's Limited Opposition to Defendants' Motion for Summary Judgment shall be filed on or before May 11, 2020.

DATED March 26, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

4835-1571-0392.1    2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of, and that on this 25th day of March, 2020, I did cause a true copy of STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S LIMITED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

ROBERT W. COTTLE, ESQ.
MATTHEW G. HOLLAND, ESQ.
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
mholland@cottlefirm.com
Telephone: (702)722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

By  /s/ *Mary Bradley-Estrada*
an Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4846-5953-7045.2