JOSH COLE AICKLEN
Nevada Bar No. 7254
E-Mail: Josh.Aicklen@lewisbrisbois.com
JAMES E. MURPHY
Nevada Bar No. 8586
E-Mail: James.Murphy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702.693.4374
Facsimile: 702.893.3789
Attorneys for Defendants,
GREYHOUND LINES, INC. and
BRANDON WILLIAMS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELVA N. MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC., a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | CASE NO. 2:17-CV-02103-JCM-CWH<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S LIMITED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (2nd AGREEMENT) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MELVA MILLER ("Plaintiff") and Defendants GREYHOUND LINES, INC. and BRANDON WILLIAMS ("Defendants"), by and through their respective counsel of record Robert Cottle, Esq. and Matthew Holland, Esq. of THE COTTLE FIRM, and James E. Murphy, Esq. and Stephanie A. Garabedian, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

Due to the closing of the law firms in light of the COVID-19 virus by order of the Governor of Nevada, the deadline for Defendants to file their Reply to Plaintiff's Limited Opposition to Defendants' Motion for Summary Judgment is extended from May 11, 2020 to June 10, 2020.

4844-1655-7243.1

1  DATED this  24th  day of April, 2020.          DATED this  24th  day of April, 2020.

2  LEWIS BRISBOIS BISGAARD & SMITH LLP      THE COTTLE FIRM

3  By /s/ James E. Murphy, Esq.                          By /s/ Matthew Holland, Esq.
4     James E. Murphy, Esq.                                      Robert Cottle, Esq.
      Stephanie A. Garabedian, Esq.                          Matthew Holland, Esq.
5     6385 S. Rainbow Boulevard, Suite 600              8635 South Eastern Avenue
      Las Vegas, Nevada 89118                                  Las Vegas, Nevada 89123
6     Attorneys for Defendants                                   Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Reply to Plaintiff's Limited Opposition to Defendants' Motion for Summary Judgment shall be filed on or before June 10, 2020.

DATED April 24, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE