ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW G. HOLLAND, ESQ.
Nevada Bar No. 10370
**THE COTTLE FIRM**
8635 South Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
mholland@cottlefirm.com
Telephone: (702)722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \* \*

| | |
|---|---|
| MELVA N. MILLER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; MOTOR COACH INDUSTRIES, INC. a Delaware Corporation; BRANDON WILLIAMS; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02103-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT GREYHOUND LINES, INC. AND BRANDON WILLIAMS' MOTION IN LIMINE TO STRIKE PLAINTIFF'S EXPERT WITNESS ANIL KHADILKAR, PH.D (THIRD REQUEST)** |

Plaintiff MELVA N. MILLER ("Plaintiff"), by and through her attorneys, The Cottle Firm, Defendants GREYHOUND LINES, INC. ("Greyhound") and BRANDON WILLIAMS (collectively the "Greyhound Defendants"), by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby agree and stipulate to extend the time allowed for Plaintiff to respond to Defendant Greyhound Lines, Inc., and Brandon Williams' Motion in Limine to Strike Plaintiff's Expert Witness Anil Khadilkar, PH.D (ECF No. 137) for four weeks, or until September 18, 2020.

This is the third request to extend the time for Plaintiff to file this responsive pleading. The parties request to extend this deadline as the parties have been actively trying to reach settlement in this matter and also due to reasons surrounding the recent coronavirus (COVID-19)

pandemic. Further, medical issues have also arose involving Plaintiff's counsel's family and thus, Plaintiff's counsel has been attending to those issues. This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

DATED this 20th day of August, 2020.                                  DATED this 20th day of August, 2020.

| THE COTTLE FIRM | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| /s/ Matthew G. Holland | /s/ James E. Murphy |
| ROBERT W. COTTLE, ESQ.<br>Nevada Bar No. 4576<br>MATTHEW G. HOLLAND, ESQ.<br>Nevada Bar No. 10370<br>*Attorneys for Plaintiff* | JOSH COLE AICKLEN, ESQ.<br>Nevada Bar No. 7254<br>JAMES E. MURPHY, ESQ.<br>Nevada Bar No. 8586<br>*Attorneys for Defendants Greyhound Lines, Inc., and Brandon Williams* |

**ORDER**

**IT IS SO ORDERED.**

DATED August 24, 2020.

_____
UNITED STATES DISTRICT JUDGE